No. 3590.—Roig Commercial Bank, apdo., *v.* Sucesión de E. Lugo Viña, aplte.—C. D. San Juan, Disto. 1º. Abril 21, 1925. Cobro de dinero.

Por cuanto se nos pide que desestimemos esta apelación porque el alegato del apelante no contiene una relación de la causa y porque no expone separadamente los errores en que se funda el recurso;

Por cuanto si bien esto es así, una mera inspección del alegato demuestra que puede haberse cometido algún error fundamental;

Por tanto, vista la sección 43 del Reglamento, la corte, en uso de su discreción, resuelve *no haber lugar* a desestimar la apelación interpuesta.